GARY M. RESTAINO
United States Attorney
District of Arizona
THOMAS SIMON
Assistant United States Attorney
Arizona State Bar No. 3857
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: tom.simon@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 1 3 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>1. Kristin Pauline Pahe, and<br><br>2. Leandra Kim Hill,<br><br>        Defendants. | No. **CR-22-01182-PHX-GMS (DMF)**<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153, 1201, and 2<br>(CIR-Kidnapping-Aid and Abet)<br>Count 1<br><br>18 U.S.C. §§ 1153, 2241(a)(1), 2246, and 2<br>(CIR-Aggravated Sexual Abuse-Aid and Abet)<br>Count 2<br><br>18 U.S.C. §§ 1153, 113(a)(3), and 2<br>(CIR-Assault with a Dangerous Weapon-Aid and Abet)<br>Count 3<br><br>18 U.S.C. §§ 1153, 113(a)(6), and 2<br>(CIR-Assault Resulting in Serious Bodily Injury-Aid and Abet)<br>Count 4 |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about March 10, 2022, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, defendants, KRISTIN PAULINE

PAHE and LEANDRA KIM HILL, Indians, did unlawfully seize, confine and kidnap victim, S.P., and hold her for any purpose.

In violation of Title 18, United States Code, Sections 1153, 1201 and 2.

## COUNT 2

On or about March 10, 2022, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, defendants, KRISTIN PAULINE PAHE and LEANDRA KIM HILL, Indians, did knowingly engage in and attempt to engage in a sexual act with the victim, S.P., by using force against her and by threatening and placing her in fear that she would be subjected to serious bodily injury and kidnapping. The sexual act involved the penetration, however slight, of the victim's genital opening by an object consistent with a lipstick container, with an intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual desire of any person.

In violation of Title 18, United States Code, Sections 1153, 2241(a)(1), 2246 and 2.

## COUNT 3

On or about March 10, 2022, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, defendants, KRISTIN PAULINE PAHE and LEANDRA KIM HILL, Indians, did knowingly and intentionally assault victim, S.P., with a dangerous weapon, that is, a machete, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153, 113(a)(3) and 2.

## COUNT 4

On or about March 10, 2022, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, defendants, KRISTIN PAULINE PAHE and LEANDRA KIM HILL, Indians, did knowingly, intentionally and recklessly assault victim, S.P., resulting in serious bodily injury.

//
//
//

In violation of Title 18, United States Code, Sections 1153, 113(a)(6) and 2.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: September 13, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/*

THOMAS SIMON
Assistant U.S. Attorney